COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SETH AARON MUNOZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLY BANK, a Foreign Corporation; BARCLAYS BANK DELAWARE, a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number:<br>2:20-cv-02353-RFB-BNW<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BARCLAYS BANK DELAWARE WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Seth Aaron Munoz ("Plaintiff") and Defendant, Barclays Bank Delaware ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall

be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 22nd day of December, 2021.

COGBURN LAW

By: */s/Erik W. Fox*
   Jamie S. Cogburn, Esq.
   Nevada Bar No. 8409
   Erik W. Fox, Esq.
   Nevada Bar No. 8804
   2580 St. Rose Parkway, Suite 330
   Henderson, Nevada 89074
   *Attorneys for Plaintiff*

Dated this 22nd day of December, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/Matthew R. Tsai*
   J. Christopher Jorgensen, Esq.
   Nevada Bar No. 5382
   Matthew R. Tsai, Esq.
   Nevada Bar No. 14290
   3993 Howard Hughes Parkway
   Suite 600
   Las Vegas, NV 89169
   *Attorneys for Defendant Barclays Bank Delaware*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

December 27, 2021
DATE